Argued and submitted April 26, conviction for assault reversed; remanded for resentencing; otherwise affirmed June 14, 1989

# STATE OF OREGON,
*Respondent,*

*v.*

# GAYLON MICHAEL TAYLOR,
*Appellant.*

(87-06-33132; CA A48707)

774 P2d 1121

David E. Groom, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

Ann Kelley, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Teresa Ozias, Certified Law Student, Salem.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

## PER CURIAM

Defendant was indicted for robbery in the first degree, ORS 164.415, and robbery in the second degree. ORS 164.405. The court, sitting without a jury, found him guilty of assault in the second degree, ORS 163.175, which it concluded is a lesser included offense of robbery, and of theft in the second degree. ORS 164.045.[1] Defendant contends, and the state concedes, that the court erred in finding him guilty of assault, because it is not a lesser included offense of robbery in the first or second degree. We agree. *State v. Cartwright,* 40 Or App 593, 595 P2d 1289 (1979).

Conviction for assault reversed; remanded for resentencing; otherwise affirmed.

---

[1] Defendant does not challenge his conviction for theft.